UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MONEYCORP US, INC. &

MONETA TOPCO LIMITED,

                     *Plaintiffs*,                                    C.A. No. 1:24-cv-00418-JJM-PAS

v.

MICHAEL USMAR &
MONEX INC. d/b/a Monex USA,

                     *Defendants*.

## DISMISSAL STIPULATION

Plaintiffs Moneycorp US, Inc. ("Moneycorp") and Moneta Topco Limited ("Moneta") (collectively "Plaintiffs") and Defendants Michael Usmar ("Usmar") and Monex Inc. ("Monex") (collectively "Defendants"), by and through their attorneys, do HEREBY STIPULATE AND AGREE as follows: (1) Plaintiffs' Complaint against Defendants is dismissed with prejudice; (2) the Temporary Restraining Order (ECF# 12) expired and has been dissolved as of 11:59:59 P.M. on July 18, 2025; (3) the Parties shall bear their own costs and attorneys' fees, and (4) all rights of appeal are waived.

The Parties respectfully request that the Court accept this Stipulation and enter it as an Order of the Court.

Dated: July 28, 2025.

| | |
|---|---|
| Plaintiffs, | Defendants, |
| MONEYCORP US, INC. and | MICHAEL USMAR and |
| MONETA TOPCO LIMITED, | MONEX INC. d/b/a MONEX USA, |
| By their Attorneys, | By their Attorneys, |
| | |
| /s/ William H. Wynne | /s/ Michael E. Jusczyk |
| William H. Wynne (#9020) | Michael E. Jusczyk (#7791) |
| NIXON PEABODY LLP | Greenberg Traurig |
| One Citizens Plaza, Suite 500 | One International Place, Suite 2000 |
| Providence, RI 02903 | Boston, MA 02110 |
| Tel: 401-454-1127 | Tel: 617-310-5297 |
| Fax: 844-277-6379 | Fax: 617-310-6001 |
| Email: wwynne@nixonpeabody.com | Email: michael.jusczyk@gtlaw.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

Dated:  July 28, 2025

## CERTIFICATE OF SERVICE

I, Michael E. Jusczyk, hereby certify that I electronically filed and served a copy of the within Document via the Court's Electronic Filing System to all counsel of record registered and able to receive Electronic Filings in this case on this 28th day of July, 2025.

/s/ *Michael E. Jusczyk*
Michael E. Jusczyk